# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Allina Health Services, et al.

v.

Kathleen Sebelius

**Case No:** 13-5011

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)    ⊙ Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

A list of the Appellees is attached to this form.

Names of Parties                    Names of Parties

### Counsel Information

**Lead Counsel:**

Direct Phone: (   )    Fax: (   )    Email:

**2nd Counsel:** Dennis M. Barry

Direct Phone: (202) 626-2959  Fax: (202) 626-3737  Email: dbarry@kslaw.com

**3rd Counsel:**

Direct Phone: (   )    Fax: (   )    Email:

**Firm Name:** King & Spalding LLP

**Firm Address:** 1700 Pennsylvania Avenue, Suite 200, Washington, DC 20006-2706

**Firm Phone:** (202) 737-0500  Fax: (202) 626-3737  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## LIST OF APPELLEES

1. Allina Health Services d/b/a Abbott Northwestern Hospital
2. Allina Health Services d/b/a Cambridge Medical Center
3. Allina Health Services d/b/a Owatonna Hospital
4. Allina Health Services d/b/a United Hospital
5. Allina Health Services d/b/a Unity Hospital
6. Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital
7. Henry Ford Health System d/b/a Henry Ford Hospital
8. Henry Ford Health System d/b/a Henry Ford Macomb Hospital – Warren Campus
9. Highland Hospital of Rochester
10. Kaleida Health
11. Kingsbrook Jewish Medical Center
12. Lutheran Medical Center
13. Maimonides Medical Center
14. Methodist Dallas Medical Center
15. Methodist Hospitals of Dallas d/b/a Methodist Charlton Medical Center
16. Montefiore Medical Center
17. Mount Sinai Medical Center of Florida, Inc. d/b/a Mount Sinai Medical Center
18. The New York Hospital Medical Center of Queens

19. The New York Methodist Hospital

20. The New York and Presbyterian Hospital d/b/a New York Presbyterian Hospital / Weill Cornell Medical Center

21. North Carolina Baptist Hospital

22. North Shore Long Island Jewish Health System, Inc. d/b/a Forest Hills Hospital

23. North Shore Long Island Jewish Health System, Inc. d/b/a Franklin Hospital

24. North Shore Long Island Jewish Health System, Inc. d/b/a Long Island Jewish Medical Center

25. North Shore Long Island Jewish Health System, Inc. d/b/a North Shore University Hospital

26. North Shore Long Island Jewish Health System, Inc. d/b/a Southside Hospital

27. North Shore Long Island Jewish Health System, Inc. d/b/a Staten Island University Hospital

28. Shands Medical Center, Inc. d/b/a Shands Jacksonville

29. Shands Teaching Hospital And Clinics, Inc. d/b/a Shands Hospital at the University of Florida

30. University of Rochester d/b/a Strong Memorial Hospital

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2013, I served the foregoing Entry of Appearance electronically upon opposing counsel shown below:

>Stephanie R. Marcus
>U.S. Department of Justice
>Civil Division
>950 Pennsylvania Ave. NW, Room 7642
>Washington, DC 20530
>Phone: (202) 514-1633
>Email: stephanie.marcus@usdoj.gov

>Anthony J. Steinmeyer
>U.S. Department of Justice
>Civil Division
>950 Pennsylvania Ave. NW, Room 7642
>Washington, DC 20530
>Phone: (202) 514-3388
>Email: anthony.steinmeyer@usdoj.gov

/s/ Dennis M. Barry
Dennis M. Barry